734

## Commonwealth *v.* Bouie, Appellant.

Before GREENBERG, J., without a jury.

Argued December 11, 1975. *Leonard S. Wissow,* with him *Gerard J. Woods,* for appellant; *Antoinette R. Freeman,* Assistant District Attorney, with her *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bowman, Appellant.

Before GATES, P.J., specially presiding.

Argued March 19, 1975. *Sylvia H. Rambo,* Public Defender, for appellant; *Kevin A. Hess,* Assistant District Attorney, with him *Edgar B. Bayley,* First Assistant District Attorney, and *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brandon, Appellant.

Before MCWILLIAMS, J.

Submitted November 17, 1975. *Daniel R. Lovette* and *Fremont J. McKenrick,* Assistant Public Defenders, for appellant; *William K. Eckel,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.